396 A.2d 818

Commonwealth, Appellant, v. Ruth M. Anderson.

Argued October 23, 1978. Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellant; James A. Villanova, for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.

396 A.2d 818

Commonwealth v. Belden, Appellant.

Argued October 24, 1978. Charles F. Gilchrest, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.